**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DELFINO CALVARIN VAZQUEZ,** <br> **Petitioner,** <br> **v.** <br> **MARKWAYNE MULLIN, et al.,** <br> **Respondents.** | **NO. 5:26-cv-06625-KS** <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** as set forth in the Court's accompanying Order.

DATED: November 19, 2026

Karen L. Stevenson
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE